IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JANE DOE (H.E.W.), an individual § <br> § <br> *Plaintiff,* § <br> § <br> VS. § <br> § <br> G6 HOSPITALITY PURCHASING, LLC; § <br> § <br> *Defendant.* § | CIVIL ACTION NO. 9:23-CV-00186 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING ALL REMAINING CLAIMS

Before the Court is Plaintiff's Notice of Dismissal of Defendant G6 Hospitality Purchasing, LLC. [Dkt. 5]. Plaintiff is seeking a dismissal without prejudice as to the above-named Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** as to Defendant G6 Hospitality Purchasing, LLC, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines remaining in this case are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this matter.

**SIGNED this 17th day of November, 2023.**

_____
Michael J. Truncale
United States District Judge